LaRenda J. Harrison, Ed.D.
Rebuttal

Exhibit C

Appendix A: Completed Application for Selection into Mississippi School Board Association Prospective Superintendent's Leadership Application



# MSBA PROSPECTIVE SUPERINTENDENT LEADERSHIP ACADEMY APPLICATION

RECEIVED APR 0 1 2019

I. GENERAL INFORMATION (Please type or print clearly)

Name  LaRenda Janee' Harrison, Ed. D.

Maiden/Other Name that May Appear on Transcript   LaRenda Janee' Harrison Wilson

Home Address   327 Baldwin Loop NW

City/State/Zip Code  Brookhaven, MS  39601

Email address  janee.harrison@brookhavenschools.org

Number of Years in Education   22

Place of Employment   Brookhaven School District, Fannie L. Mullins Alternative Campus

Current Position   Director of Alternative Educational Services

Employment Address   711 Martin Luther King Drive

City/State/Zip Code  Brookhaven, MS 39601

Work Phone  (601) 833-7472   (ext)_____   Fax (601) 823-6598

Current Supervisor  Mr. Roderick Henderson, Deputy Superintendent

Current Supervisor's Contact Number   601-833-6661

Current Supervisor's Email Address   rod.henderson@brookhavenschools.org

Tuition will be paid (circle one)      by applicant      (by district.)

7

| *Mississippi Superintendent Qualification Criteria* |
|---|
| *Mississippi law requires that a superintendent hold a valid administrator's license issued by the State Department of Education and shall have had classroom or administrative experience of not less than six (6) years which shall include meeting one of the following criteria below. (MS Code of 1972 37-9-13)* |

- Has served as a school building principal for at least (3) years in a school with an "A" or "B" accountability rating.

- Has served as a school building principal for at least three (3) years in a school that increased its accountability rating by a letter grade during the period in which the principal was employed at the school. (Attorney General Opinion to Dorrill, June 2, 2017)

- Has served for at least six (6) years as a K-12 education district level senior/executive leadership who directly reported to the local superintendent of education.

- Has served as an assistant superintendent within the last five (5) years.

| Please list in order beginning with the current position the accountability rating of the schools where you have served as principal. (Do not list experience as an assistant principal). If you have also served as an assistant superintendent, please list the district and accountability rating. |
|---|

| District Name School Name | MSIS Position Title | MDE Accountability Rating (A-F) while Principal ||||||||
|---|---|---|---|---|---|---|---|---|---|
| | | 2017-18 | 2016-17 | 2015-16 | 2014-15 | 2013-14 | 2012-13 | 2011-12 | 2010-11 | 2009-10 |
| Brookhaven School District Brookhaven Elementary | Principal | | | | | D | D | | | |
| Brookhaven School District Fannie L. Mullins | Director | C | C | D | D | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(Note: handwritten "18-19" with arrow on left margin)

I certify that the information provided is true and can be verified through the Mississippi Department of Education.

_Brenda Janey Harwell_ (signature)     3/28/2019
Signature                                             Date

## VII. APPLICANT'S COMMITMENT

If selected to participate in the Mississippi School Boards Association Prospective Superintendent Leadership Academy (the Academy), I agree to attend all scheduled sessions and to participate in planned activities. I understand that my failure to attend scheduled session(s) may prevent me from successfully completing the Academy program.

I understand that I must pay my travel, lodging, and other expenses incurred while attending the activities of the Academy.

I understand that I will be required to participate in all assessments of my performance in those activities sponsored by the Academy, and I understand that this is a rigorous program of study.

I understand that this is not an academic program of the Mississippi School Boards Association, nor is it a licensing or certification program of the Mississippi Department of Education.

I understand that participation in and completion of the Mississippi School Boards Association Prospective Superintendent Leadership Academy program of study does not ensure that I will be employed as a superintendent.

I have made satisfactory arrangements with my employer to be away from my workplace for participation in the Mississippi School Boards Association Prospective Superintendent Leadership Academy.

I am eligible to be an appointed superintendent in the state of Mississippi according Mississippi Code of 1972 Section 37-9-13 [1.1] which "requires at least three (3) years of administrative experience as a school building principal (a) in a school with an "A" or "B" accountability rating, or (b) in a school that increased its accountability rating by a letter grade during the period in which the principal was employed as principal at the school."

Name of Applicant _LaRhenda Janee' Harrison_
(Please Print or Type)

Signature _LaRhenda Janee' Harrison_   Date _3/28/2019_

9

LaRenda Janee' Harrison, Ed.D.

Goals Statement

Why do you want to be a superintendent?

- I want to be a superintendent or top-level member of district administration as I believe I have the capacity, intelligence and skill to further the aims of the district and the passion to work toward 21st Century initiatives in helping our children reach their greatest potential.

If given the opportunity to be a part of the Mississippi School Boards Association, Prospective Superintendent Leadership Academy, I would count it an honor to be among my fellow colleagues learning skills and being presented with opportunities that would further craft my abilities to be able to be even more marketable in seeking top level, district-wide opportunities. Though I have completed doctoral coursework in educational administration and served in various leadership capacities, the opportunity to learn in a structured environment dedicated solely to superintendent leadership would be, for me, such a worthwhile and golden opportunity.



# Mississippi School Boards Association
## Prospective Superintendent Leadership Academy
### Superintendent Recommendation

I recommend **LaRenda Harrison** as a candidate for the MSBA Prospective Superintendent Leadership Academy.

This candidate has the following strengths: Dr. Harrison has the ability to work with people from a team standpoint and with excellent communication skills. She has a drive and desire to create positive outcomes.

Areas of needed growth for this candidate include: Areas of growth would include time and experience in other areas of leadership beyond the position that she is in now.

Why do you think this candidate will be a good superintendent? She is a visionary leader which is what the state of Mississippi needs in their superintendents.

Additional comments (use additional paper if needed): I believe that Dr. Harrison will make an excellent addition to the MSBA Leadership Academy.

Ray Corley
Superintendent's Signature

3/29/19
Date

11

# Brookhaven School District

P.O. Box 540
Brookhaven, Mississippi 39602-0540

Deputy Superintendent
Roderick R. Henderson, Ed.S.
Federal Programs Director
Rob McCreary, M.S.



Ray Carlock
Superintendent

March 27, 2019

To Whom It May Concern:

The purpose of this letter is to offer my recommendation of Dr. LaRenda Harrison for acceptance into Mississippi School Board Association Leadership Academy. I have known Dr. Harrison both personally and professionally for much of my life and have had the fortunate opportunity to see her work habits in numerous settings. Dr. Harrison displays the unique capacity to effectively fulfill the obligations of any role or task assigned of her. She understands the needs for all members of the team to function effectively for the betterment of the overall organization.

One of the greatest strengths of Dr. Harrison is her ability to connect with all students regardless of the social or economic backgrounds. She has a deep passion for the work she does and fully commits herself to her job. The fact that she is pursuing an opportunity to learn more at this point in her career shows her personal desire to evolve and grow so that she can continue to meet the needs of the students she serves.

If I can be of any further assistance, please do not hesitate to contact me at rod.henderson@brookhavenschools.org or 601-833-6661.

Sincerely,

Roderick R. Henderson, Ed.S.
Deputy Superintendent

Street Address: 326 East Court Street • Brookhaven, Mississippi • (601) 833-6661 • (601) 833-4154 FAX



**BTC**
Believe It  Achieve it

Science  Technology  Engineering  Mathematics

**Brookhaven Technical Center**
325 East Court Street
Brookhaven, MS 39601
Telephone: 601-833-8335   Fax: 601-835-3985

Trevor Brister, Director

Rochland Porter, Counselor

Pam Herrington, Secretary

Dear Sir or Madam,

It is my esteemed pleasure to write this letter of recommendation for my friend and colleague, Dr. LaRenda J. Harrison. Dr. Harrison has a passion not only for her own learning, self-awareness and growth but she also shares that passion with the students, personnel and parents with whom she comes in contact. She is a true educator in every sense of the word. Without hesitation, I would recommend her for entry into the Mississippi School Board Association, Prospective Superintendent Leadership Academy.

Having worked with Dr. Harrison for the past 8 years, I have had the opportunity to witness firsthand her ability to enjoy the challenge of looking at data, extrapolating information both obvious and sometimes overlooked in helping to craft educational decisions for herself, teachers and students in helping the latter achieve. She is inquisitive and innovative in administrative meetings, representing the district well at conferences and workshops around the state and country. In her current position as Director of Alternative Educational Services, she has worked to expand the programming and collaborative efforts with campuses district-wide to further the educational aims of students placed there for behavioral reasons. Having known LaRenda Harrison for over 20 years, she is a loyal and devoted friend who offers sound advice and laughter to all fortunate enough to call her friend.

Again, it is truly my pleasure to write this letter of recommendation for Dr. LaRenda J. Harrison. As I said earlier, it is without hesitation I would recommend her for entry into the Mississippi School Board Association, Prospective Superintendent Leadership Academy. Should you have any questions, please do not hesitate to contact me at the number or addresses listed above.

Sincerely,

Trevor C. Brister
Career Technical Director for the Brookhaven School District

# Dr. LaRenda J. Harrison

327 Baldwin Loop NW | Brookhaven, MS 39601 | 205.535.6784 | 601.833.7759
janee_39601@yahoo.com, ljharrison@crimson.ua.edu
www.linkedin.com/in/larendaharrison

## EDUCATIONAL ADMINISTRATOR
### STAFF DEVELOPMENT | STUDENT INSTRUCTION | OPERATIONS

## EDUCATION & INVOLVEMENT

- Contributing Author | Handbook of Research on Teachers of Color | University of Houston | 2018 - Current
- Doctor of Education | Educational Administration | University of Alabama | 2017
- Educational Specialist | Educational Administration | University of Alabama | 2009
- Class A Certification | Innovative Leadership Program | University of Alabama | 2008
- Master of Science | Counselor Education | Mississippi State University MS | 2000
- Bachelor of Science | Educational Psychology | Mississippi State University | 1993
- Millsaps' College Department of Education | Principals' Summer Institute | Millsaps College | 2012
- Accountability Task Force | Mississippi Department of Education | 2017 – 2018
- St. James Missionary Baptist Church, Brookhaven, MS | Member
- Alpha Kappa Alpha Sorority, Inc., Phi Mu Omega Chapter | Treasurer | Finance Committee Chairperson
- The Links, Inc., Natchez Chapter | Member

## SKILLS

- Research Driven Study
- Administrative Leadership
- Research Based Instruction
- Student Assessment Planning and Implementation
- Data Analysis
- Scheduling
- Staff Development
- Budget
- Event Planning
- Program Management
- Policy Development

## HONORS/PROFESSIONAL EXPERIENCE

**August 2018 – Present**
**Researcher and Writer**
**Contributing Author and Presenter, University of Houston**

- Selected by group of collaborating researchers from the University of Houston and University of California at Berkley to be contributing author in the area of comprehensive teacher induction programs and their importance to educators, primarily minority educators
- Featured presenter at the Fall Convening of Authors for the Handbook of Research on Teachers of Color
- Writing and revising, meeting deadlines based on feedback from editors and manuscript reviewers
- Collaborating with editors, reviewers and fellow authors throughout the country

**January 2014 – Present**
**Brookhaven School District**
**Director of Alternative Educational Services – Fannie L. Mullins Alternative Campus**

- Make decisions in due-process hearings district-wide regarding behavioral consequences for students using academic and observable data points

# DR. LARENDA J. HARRISON

- Create and supervise a method of accountability between Alternative Campus and Home Campus Instructors for Content Delivery, Grading and Progress Monitoring
- Use data from home campuses, create Individualized Learning Plans for all students placed for 10 or more days
- Work within the budget to provide instructional, technological and other resources needed for successful day-to-day operation of the program
- Collaborate with instructional staff to develop growth goals for both the Language Arts and Mathematics programs; utilize district screener data as well as MAP NWEA or Subject Area Test individual student testing data to create student-specific academic improvement plans for students
- Coordinate High School Equivalency Exit Options as an alternative for students expressing an interest, ages 16 -21
- Evaluate the effectiveness of policies and curriculum content; create new policy to better meet the evolving needs of alternative population
- Facilitate Professional Development Training for teachers by offering workshops and networking opportunities with teachers from other campuses.
- Act as interim counselor to students assigned to the alternative education program, providing encouragement and support; further act as mandated reporter for issues requiring DHS assistance – or assistance from other outside agencies – in matters pertaining to mental health and law enforcement.
- Analyze MAP NWEA current benchmark scores and other data points collectively with Task Force Committee to recommend new benchmark scores more aligned with Federal Accountability Specifications as outlined in state waiver – **MDE Accountability Task Force**
- Utilize Las Links and WIDA Data points to recommend methodology for incorporating ELL Student Testing Data into District Accountability Scoring as outlined in state waiver – **MDE Accountability Task Force**
- Strategize how best to incentivize students who maintain Advanced Testing Status from one year to the next and/or who take Algebra I during the eighth grade year – **MDE Accountability Task Force**

**July 2012 – January 2014**
**Brookhaven Elementary School – Brookhaven, MS**
**Principal**

- Analyzed student data to assist teachers in implementing approaches to instructional strategies for targeted instruction and remedial supports
- Provided staff with effective leadership through motivational instruction and support, supervising over 40 faculty and staff; facilitated all day to day operations, including schedules, new hire orientation, budget and staff.
- Provided faculty and students opportunities for personal and professional growth and development through customized professional development and individualized learning plans and goals.
- Spearheaded the development of the annual Title 1 Plan of Improvement to the District of Federal Programs, effectively demonstrating a road map to implementation.
- Evaluated the effectiveness of policies and curriculum content; as well as established and pilot programs.
- Worked with District Administration, subject area specialists and faculty to drive continuous improvement initiatives in curriculum and teaching methodology.
- Reviewed all staff requests for instructional materials and equipment, issuing authorizations or denials to ensure adherence to budgetary constraints.
- Maintained effective communication amongst staff, students and parents through newsletter blogs and faculty meetings.
- Supervised MCT2 Testing; Conducted Teacher Evaluations & IDPs.

**August 2011 – June 2012**
**C. H. Lipsey School – Brookhaven, MS**
**Assistant Principal**

- Worked collaboratively with Building Principal in creating and driving institutional vision and growth

# DR. LARENDA J. HARRISON

- Reviewed lessons plans, provided feedback to teachers; conducted teacher evaluations and offer feedback; analyzed student data to generate ideas for instructional strategies, remediation and/or enrichment.
- Coordinated Positive Behavior Support Intervention (PBIS) activities for student incentive programming.
- Made decisions regarding student discipline based on established school board policy and procedural guidelines;
- Created "Panther Gazette" newsletter blog to communicate with students on upcoming events.
- Researched websites and authors for classroom intervention and remediation strategies and teaching techniques to enhance student learning.

**July 2008 – June 2011**
**Greene County High School – Eutaw, AL**
**Assistant Principal**

- Created modified block schedule format to improve overall school climate and positively impact student achievement.
- Collected student data from files for use in due process hearings and alternative school placement.
- Coordinated Supplemental Educational Support Services (SES) for district-wide after-school remediation programs to include staff recommendations, payroll and transportation points for students.
- Designed and implemented goal-setting sessions for sophomores, juniors and seniors to review Alabama High School Graduation Exam results and plan for post-secondary options; Created and implemented in-school remediation plan for students to earn proficiency in AHSGE Testing
- Aligned courses with state course titles and codes, ultimately creating a master schedule and distribution plan for student schedules; Created course selection catalog and revised student course cards for students in grades 9-12.
- Researched websites and authors for classroom intervention and remediation strategies and teaching techniques to enhance student learning.

**July 2000 – July 2008**
**Tuscaloosa County High – Northport, AL**
**Guidance Counselor**

- Counseled students on high school academics, personal concerns and transitional plans via individual and group counseling setting; created newsletters for grades 9 – 11.
- PLAN Test Coordinator & Administrator for 10th Grade Students as a part of ACT Aspire Programming; Arranged group counseling sessions to analyze test data and discuss career options.
- Served as Building Based Student Support Team Chairperson; supervised initial Special Education referrals and conducted BASC SOS observations, documenting results; worked within Lee vs. Macon and departmental guidelines to manage school tracking log
- Initiated Homebound Services for students deemed medically unable to attend school; assisted with implementation of any physician mandated accommodations.
- Assisted in organization and administration of Alabama State Department assessment initiatives (i.e. AHSGE, ADAW, AAA, etc.).

## PREVIOUS EXPERIENCE

- English III & Accelerated English Teacher | Louisville High School | August 1999 – December 1999
- Reading & Language Arts Teacher | West Point Junior High School | August 1998 – July 1999
- English Teacher & Yearbook Advisor | Brookhaven High School | June 1994 – June 1998
- English Teacher | Willowridge High School | August 1993 – May 1994

**References Available Upon Request**



# Mississippi School Boards Association
# Prospective Superintendent Leadership Academy
## Acceptance Confirmation

Please initial each statement below and email or fax confirmation as instructed in email.

✓ I accept admission into the Prospective Superintendent Leadership Academy (PSLA).

✓ I understand that acceptance into the PSLA does not mean that I am legally qualified to become a superintendent in the state of Mississippi.

✓ I have made satisfactory arrangements with my employer to be away from my workplace for participation in PSLA.

✓ My tuition will be paid on or before July 31, 2019 by (select one)
_____ District      ✓ Applicant

✓ I understand that if this Acceptance Confirmation is not received by MSBA on or before May 21, 2019, I will forfeit my slot in the PSLA Class of 2019-2020.

✓ I also understand that if my tuition is not paid in full by July 31, 2019, I will forfeit my slot in the PSLA Class of 2019-2020.

_LaKenela J Harrison, Ed.D_ (signature)       5/20/2019
Applicant's Signature                          Date

_Kay Cochul_ (signature)                      5/20/2019
Superintendent's Signature                     Date