# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

| | | |
|---|---|---|
| **LARENDA J. HARRISON, Ed.D.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiff, | ) | **5:20-CV-136-KS-MTP** |
| | ) | |
| v. | ) | **JUDGE:** |
| | ) | **KEITH STARRETT** |
| **BROOKHAVEN SCHOOL DISTRICT** | ) | |
| **CITY OF BROOKHAVEN MISSISSIPPI,** | ) | **MAGISTRATE:** |
| | ) | **MICHAEL T. PARKER** |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Larenda J. Harrison, Ed.D. and defendant Brookhaven School District hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 4th day of December, 2023.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| s/ [signature] | *s/ Tammy L. Baker* |
| Keith L. Gates | Tammy L. Baker |
| MS Bar No. 100221 | MS Bar No. 104034 |
| 655 Wendover Way | JACKSON LEWIS P.C. |
| Ridgeland, Mississippi 39157 | 800 Shades Creek Parkway, Suite 870 |
| Phone: (601) 572-0576 | Birmingham, Alabama 35209 |
| keith.gates@gmail.com | Phone: (205) 332-3106 |
| | tammy.baker@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I further certify that on   December 4   , 2023, I transmitted a true and complete copy of the foregoing pleading via electronic mail and/or U. S. Mail, postage prepaid as indicated below to the following:

Keith L. Gates<br>
keith.gates@gmail.com

                                                                */s/ Tammy L. Baker*  
                                                                Tammy L. Baker

4871-2032-5265, v. 1